# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEONARD MCCASKILL,

      Petitioner,

vs.

ISIDRO BACA, et al.,

      Respondents.

Case No. 3:17-cv-00305-RCJ-WGC

**ORDER**

Petitioner has paid the filing fee. He has also submitted a motion for appointment of counsel. Petitioner is unable to afford counsel, and the issues presented warrant the appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B).

IT IS THEREFORE ORDERED that the clerk of the court file the petition for a writ of habeas corpus and the motion for appointment of counsel.

IT IS FURTHER ORDERED that motion for appointment of counsel is **GRANTED**. The Federal Public Defender is provisionally appointed to represent petitioner.

IT IS FURTHER ORDERED that the Federal Public Defender shall have thirty (30) days from the date that this order is entered to undertake direct representation of petitioner or to indicate to the court his inability to represent petitioner in these proceedings. If the Federal Public Defender does undertake representation of petitioner, he shall then have sixty (60) days to file an amended petition for a writ of habeas corpus. If the Federal Public Defender is unable to represent petitioner, then the court shall appoint alternate counsel.

1    IT IS FURTHER ORDERED that neither the foregoing deadline nor any extension thereof

2  signifies or will signify any implied finding of a basis for tolling during the time period established.

3  Petitioner at all times remains responsible for calculating the running of the federal limitation period

4  under 28 U.S.C. § 2244(d)(1) and timely asserting claims.

5    IT IS FURTHER ORDERED that the clerk shall add Adam Paul Laxalt, Attorney General

6  for the State of Nevada, as counsel for respondents.

7    IT IS FURTHER ORDERED that the clerk shall electronically serve both the Attorney

8  General of the State of Nevada and the Federal Public Defender a copy of the petition and a copy of

9  this order.

10    IT IS FURTHER ORDERED that respondents' counsel shall enter a notice of appearance

11  within twenty (20) days of entry of this order, but no further response shall be required from

12  respondents until further order of the court.

13    IT IS FURTHER ORDERED that any exhibits filed by the parties shall be filed with a

14  separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments

15  that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits

16  in the attachment. The hard copy of any additional state court record exhibits shall be

17  forwarded—for this case—to the staff attorneys in Las Vegas.

18    DATED: *October 19, 2017.*

19

20                                                              *[signature]*
                                         _____
                                         ROBERT C. JONES
21                                       United States District Judge

22

23

24

25

26

27

28