# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD MCCASKILL,<br><br>    Petitioner,<br><br>    v.<br><br>ISIDRO BACA, et al.,<br><br>    Respondents. | Case No. 3:17-cv-00305-RCJ-WGC<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 12), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 12) is GRANTED. Petitioner will have through August 14, 2018, to file and serve an amended petition for a writ of habeas corpus.

DATED:  May 11, 2018

                                                    ROBERT C. JONES
                                                    United States District Judge