1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11   LEONARD MCCASKILL,                    Case No. 3:17-cv-00305-RCJ-WGC

12                    Petitioner,          **ORDER**

13            v.

14   ISIDRO BACA, et al.,

15                    Respondents.

16

17         Petitioner having filed a motion for extension of time (third request) (ECF No. 14), and

18   good cause appearing;

19         IT IS THEREFORE ORDERED that petitioner's motion for extension of time (third

20   request) (ECF No. 14) is GRANTED.  Petitioner will have through November 12, 2018, to file

21   and serve an amended petition for a writ of habeas corpus.

22         DATED:   August 28, 2018.

23
                                          _____
24                                        ROBERT C. JONES
                                          United States District Judge
25

26

27

28
                                            1