# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD MCCASKILL,<br><br>        Petitioner,<br><br>    v.<br><br>ISIDRO BACA, et al.,<br><br>        Respondents. | Case No. 3:17-cv-00305-RCJ-WGC<br><br>**ORDER** |

Petitioner having filed a motion for extension of time (fourth request) (ECF No. 17), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion for extension of time (fourth request) (ECF No. 17) is GRANTED. Petitioner will have through February 11, 2019, to file and serve an amended petition for a writ of habeas corpus.

DATED: November 26, 2018.

                                                                                                    ROBERT C. JONES<br>                                                                                                    United States District Judge