# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD MCCASKILL, | Case No. 3:17-cv-00305-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 28), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 28) is **GRANTED**. Petitioner will have up to and including December 18, 2019, to file a response to the motion to dismiss (ECF No. 22).

DATED: This 21st day of November, 2019.

_____
ROBERT C. JONES
United States District Judge

1