# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD MCCASKILL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ISIDRO BACA, et al.,<br><br>　　　　Respondents. | Case No. 3:17-cv-00305-RCJ-WGC<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 34), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 34) is **GRANTED**. Respondents will have up to and including October 5, 2020, to file and serve an answer to the amended petition (ECF No. 19).

DATED: September 4, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1