1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11   LEONARD MCCASKILL,                          Case No. 3:17-cv-00305-RCJ-WGC

12                    Petitioner,                **ORDER**

13          v.

14   ISIDRO BACA, et al.,

15                    Respondents.

16

17          Petitioner having filed an unopposed motion for extension of time to file reply (first

18   request) (ECF No. 37), and good cause appearing;

19          IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time

20   to file reply (first request) (ECF No. 37) is **GRANTED**.  Petitioner will have up to and including

21   January 19, 2021 to file a reply in support of his first amended petition.

22          DATED:  November 24, 2020.

23                                              _____
                                                ROBERT C. JONES
24                                              United States District Judge

25

26

27

28

                                                1