# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD MCCASKILL, | Case No. 3:17-cv-00305-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time to file reply (second request) (ECF No. 39), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time to file reply (second request) (ECF No. 39) is **GRANTED**. Petitioner will have up to and including May 19, 2021 to file a reply in support of his first amended petition.

DATED: January 20, 2021.

_____
ROBERT C. JONES
United States District Judge

1