Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org

*Attorney for Petitioner Leonard McCaskill

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Leonard McCaskill, | Case No. 3:17-cv-00305-RCJ-WGC |
| Petitioner, | |
| v. | |
| Isidro Baca, *et al.*, | **Order Granting Motion to Voluntarily Dismiss Case (ECF No. 41)** |
| Respondents. | |

## POINTS AND AUTHORITIES

Petitioner Leonard McCaskill seeks to voluntarily dismiss his case because the Nevada Board of Pardons commuted his sentence to time served and ordered him released.

Warden Isidro Baca timely filed his Answer to Leonard's First Amended Petition following litigation of a motion to dismiss on October 5, 2020.[1] Leonard's reply is due May 19, 2021, following his prior requests to extend this deadline.[2]

Leonard was diagnosed on October 26, 2020, with Stage IV poorly differentiated neuroendocrine carcinoma of the prostate with metastasis to his lungs, liver, left adrenal and pelvis. Leonard sought a commutation of his sentence so that he may be released to live with his aunt in Arizona during his final days. On March 23, 2021, the Board granted his request, and commuted his sentence to time served.

With the commutation of his sentence, Leonard no longer wishes to pursue habeas relief and is no longer in state custody. In support, he provides the attached Declaration. Accordingly, Leonard respectfully asks this Court to dismiss his case.

## ORDER

**IT IS HEREBY ORDERED** that the Motion to Voluntarily Dismiss Case (ECF No. 41) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

ROBERT C. JONES
United States District Judge
Dated: April 29, 2021